No. 45. SOUTHERN RY. CO. *v.* MOORE, ADMINISTRATOR. Submitted October 23, 1931. Decided November 2, 1931. *Per Curiam:* The judgment herein is reversed, upon the ground, as matter of law, that the evidence is not sufficient to sustain a finding that negligence of the petitioner was the cause of the death of respondent's intestate. *Chicago, Milwaukee & St. Paul Ry. Co.* v. *Coogan,* 271

U. S. 472, 474, 478; *Atlantic Coast Line* v. *Driggers*, 279 U. S. 787, 788; *Atchison, Topeka & Santa Fe Ry. Co.* v. *Toops*, 281 U. S. 351, 354–355. *Messrs. S. R. Prince, H. O'B. Cooper, Frank G. Tompkins,* and *L. E. Jeffries* were on the brief for petitioner. *Mr. Wm. C. Wolfe* was on the brief for respondent. See 161 S. E. 525.